IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT C. ORTIZ,

      Petitioner,           No. CIV-S-09-2529 GGH P

  vs.

JAMES YATES, et al.,

      Respondent.          <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed September 21, 2009, respondent was ordered to file, within sixty day, an answer to the instant petition or a motion to dismiss. Respondent has not filed an answer to the petition or a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that within seven days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

show cause in writing why sanctions should not be imposed for the failure to file a timely answer or motion to dismiss.

DATED: January 19, 2010

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:035
orti2529.osc