IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT C. ORTIZ,

    Petitioner,               No. CIV S-09-2529 GEB GGH P

    vs.

JAMES YATES,

    Respondent.             FINDINGS & RECOMMENDATIONS

_____/

        By order March 23, 2010, petitioner was ordered to show cause, within twenty days, why respondent's January 20, 2010, motion to dismiss should not be granted. The twenty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

1  shall be served and filed within ten days after service of the objections.  The parties are advised
2  that failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: May 25, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

7  GGH:035
   orti2529.fsc